UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
CHANDRA MYERS                                       :
                                                    :          ORDER
                            Plaintiff,              :
                                                    :          08-CV-1179 (CBA)
            -against-                               :
                                                    :
BIMBO BAKERIES USA, INC.                            :
                                                    :
                            Defendant.              :
                                                    :
------------------------------------------------------------------- x

GOLD, STEVEN M., U.S.M.J.:

      On January 18, 2011, plaintiff, proceeding *pro se*, filed her opposition to defendant's motion for summary judgment. Docket Entry 137. The exhibits to plaintiff's submission, however, include sensitive personal information. *Id*. *See also* FED. R. CIV. P. 5.2(a) (requiring redaction of certain information for privacy protection). Accordingly, I am placing plaintiff's exhibits under seal. Her Local Rule 56.1 Statement and her response to the Neumann Declaration shall remain on the public docket. If plaintiff wishes to have her exhibits publicly available, she shall submit a copy of her exhibits that redacts or blacks out social security and taxpayer identification numbers, birth dates, her minor child's name (to be substituted with her initials), and any financial account numbers. *See* FED. R. CIV. P. 5.2(a). A copy of this Order and of Federal Rule of Civil Procedure 5.2 is being mailed to plaintiff today at the address provided on the docket sheet.

**SO ORDERED.**

                     _____/s/_____
                     **Steven M. Gold**
                     **United States Magistrate Judge**

**Brooklyn, New York**
**January 28, 2011**

*U:\eoc 2011\myers sealing order.docx*